# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 2, 2026

## NO. 03-25-00888-CR

**Ex parte Joshua Deshun Lyda, Appellant**

### APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND CRUMP
### DISMISSED AS MOOT -- OPINION BY JUSTICE CRUMP

This is an appeal from the trial court's denial of appellant's pretrial application for writ of habeas corpus. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 2, 2026

## NO. 03-25-00889-CR

**Ex parte Joshua Deshun Lyda, Appellant**

**APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND CRUMP**
**DISMISSED AS MOOT -- OPINION BY JUSTICE CRUMP**

This is an appeal from the trial court's denial of appellant's pretrial application for writ of habeas corpus. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.